# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IN RE INMATE RANDALL LEE DUNCAN** | 4:24CV3014<br><br>ORDER |

This matter comes before the Court on the Motion to Compel Examination Under Oath (Filing No. 1) filed by Farmers Insurance. Farmers wishes to take an examination under oath of Randall Lee Duncan, who is currently incarcerated in the Hall County Jail. Farmers seeks to examine Mr. Duncan under oath regarding property theft losses alleged to have occurred on April 22 and 30, 2023, as authorized under an insurance contract between the parties. After review of the motion, and for good cause shown,

**IT IS ORDERED:**

1. Farmers Insurance's Motion to Compel Examination Under Oath (Filing No. 1) is granted.
2. Hall County is ordered provide a secure room at the jail and present Randall Lee Duncan for his examination under oath in person with Patrick L. Sealey and a court reporter at a date this is mutually agreeable to Patrick L. Sealey and Hall County. The examination shall last no longer than three hours.
3. Farmers shall file a notice informing the Court once the examination has been scheduled.

Dated this 5th day of February, 2024.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge